# EXHIBIT 1

| TRADEMARK | REG. NO. | CLASS OF GOODS AND SERVICES |
|---|---|---|
| HONDA (Standard Character) | 4317732 | Class 007: Electric generators and parts thereof; portable pumps, namely, centrifugal pumps, electric pumps, positive displacement pumps, pumps as parts of machines, sewage pumps, silt pumps, sludge pumps, submersible pumps, suction pumps, sump pumps, trash pumps; lawn mowers; power operated tillers and cultivators; snow blowers and snow throwers; power operated lawn and garden string trimmers; engines not for motor vehicles; boat motors; and structural parts for all of the foregoing |
| HONDA (Standard Character) | 826779 | Class 007: LAND VEHICLES OF ALL TYPES-NAMELY, MOTOR CARS, MOTORCYCLES, MOTOR BICYCLES, MOTOR TRICYCLES, MOTOR TRUCKS, MOTOR SCOOTERS, MOPEDS, AND PARTS THEREOF; Class 012: INTERNAL COMBUSTION ENGINES |
| HONDA (Standard Character) | 5933279 | Class 035: Distributorship services in the field of engines and engine structural parts not for land vehicles; distributorship services in the fields of boat motors and boat motors structural parts; distributorship services in the field of power equipment, namely, lawnmowers, robotic lawnmowers, lawn tractors, rototillers, cultivators, snowblowers, lawn trimmers, generators, snow blowers, snow throwers, pumps, and structural parts for all of the foregoing |
| HONDA (Standard Character) | 1030499 | Class 004: MOTOR OIL |

| | | |
|---|---|---|
| HONDA (Standard Character) | 1002188 | Class 007: ELECTRIC GENERATORS AND PARTS THEREOF |
| HONDA (Standard Character) | 6122838 | Class 012: Aircraft and structural parts therefor; Class 037: Installation, repair, replacement, and maintenance of aircraft and structural parts therefor; Class 041: Educational services, namely, providing in-person and online training programs for pilots and aircraft mechanics in the fields of aircraft piloting and aircraft maintenance and repair |
| HONDA (Standard Character) | 4667771 | Class 012: Motor vehicles, namely, automobiles, sports utility vehicles, trucks, motorcycles, all-terrain vehicles, and scooters |
| HONDA (Standard Character) | 1542278 | Class 025: CLOTHING, NAMELY JACKETS, [ SHIRTS, PANTS, ] WIND-RESISTANT JACKETS, CAPS, [ GLOVES, TURTLENECKS AND SWEATERS ] |
| HONDA (Standard Character) | 1673535 | Class 028: TOYS; NAMELY, METALLIC AND PLASTIC REPLICAS OF MOTORCYCLES AND OTHER MOTOR VEHICLES AND ACCESSORIES THEREFOR |
| (Honda wing logo) | 5944230 | Class 025:Clothing, namely, jackets, shirts, pants, shorts, sweaters, sweatshirts, hats, beanies, gloves, socks; riding shoes |
| (HONDA word mark) | 3705651 | Class 004:Industrial oils and greases; lubricants, namely, industrial lubricant and all purpose lubricant; |

| | | | |
|---|---|---|---|
| | | | Class 014: chronometric instruments, namely, watches; Class 018: Leather and imitation leather sold in bulk, and goods made of these materials and not included in other classes, namely, [ purses, ] wallets, [ backpacks; traveling bags; ] umbrellas, parasols; Class 021: unworked or semi-worked glass not used in building, namely, drinking glasses; [ beverage glassware, ] earthenware not included in other classes, namely, mugs; Class 025: Clothing, namely, t-shirts, hats, caps, pants, gloves for driving and riding; Class 028: Games and playthings, namely, toy vehicles [ ; video games] |
| | | 1607413 | Class 012: LAND MOTOR VEHICLES, namely, [ AUTOMOBILES, ] ALL TERRAIN VEHICLES, MOTORCYCLES, MOTOR SCOOTERS, [ MOPEDS, ] AND STRUCTURAL PARTS THEREFOR |
| | | 2954443 | Class 016: Writing instruments |
| | | 6134799 | Class 035: business management consulting and advisory services for automobile dealerships; conducting employee and dealership incentive award programs to promote on-the-job quality, service, productivity, performance, and sales in the field of automobile dealerships; automobile dealerships; marketing and advertising services for automobile dealerships; providing information about automobiles for sale by means of the Internet; offering business management assistance in the establishment and/or operation of car dealerships |

| | 6450305 | Class 037: Providing automotive repair and maintenance services |
|---|---|---|
| | 2826218 | Class 012: Land motor vehicles of all types, namely, automobiles, electric vehicles, four-wheel land motor vehicles, sport utility vehicles, passenger land motor vehicles, minivans, motor cars, trucks, vans and structural and mechanical parts thereof; Class 016: promotional materials on the subject of automobiles, [ and all-terrain vehicles ] printed matter in the nature of publications, namely, pamphlets, manuals and instructions booklets on the subject of automobiles to be distributed to the purchasers; Class 037: Service station services for vehicles, namely, repair, maintenance, detailing, greasing, painting and polishing of vehicles; motor vehicle oil and filter replacement services; emergency roadside assistance services; power operated repair and maintenance services for vehicles |
| | 2543508 | Class 014: Jewelry; Class 016: [ Magazines on the subject of land vehicles; coupons, incentive coupons, voucher books, ] printed forms, [ memorandum books, posters, ] and [printed matter about motorcycles, scooters and all-terrain vehicles, namely, newsletters, magazines, brochures and pamphlets ] ; writing material, namely, pens [ ; |

| | | |
|---|---|---|
| | | printed material, namely, decals ]; Class 018: leather goods, namely, backpacks, all purpose leather bags, gym bags, ] duffel bags [, luggage, knapsacks, pocketbooks, waist pouches, purses and wallets ]; Class 025: Clothing, namely jackets, [ jacket liners, shirts, ] T-shirts, knit shirts,[ polo shirts, pants, wind-resistant jackets, ] baseball caps, [ gloves, turtlenecks, sweaters, jerseys, riding suits, vests, sweat pants, sweat shirts, belts, bandannas, and knit hats, suspenders, and aprons; off-road vehicle riding gear, footwear ]; Class 028:toys, namely replicas of the applicant's land vehicles [ and accessories therefor sold in conjunction with the applicants land vehicles through the applicant and its authorized agent ]; Class 035: Business management consulting services in the field of automobile, [ motorcycle, motorscooters, all-terrain vehicle and power equipment] dealerships; conducting employee and dealership incentive award programs to promote on-the-job quality, service, productivity, performance, and sales in the field of automobile, [ motorcycle, motorscooters, all-terrain vehicle and power equipment dealerships;] automobile,[ motorcycle, motorscooters, all-terrain vehicle and power equipment dealership services; marketing services, namely, direct mailings, telemarketing campaigns, and periodic reports, designed to encourage customers to return to originating dealers to lease or purchase new vehicles;] rendering technical assistance in connection with the operation of land vehicle dealerships; [ advertising agencies, namely, promoting the services of |

|  |  |  |
|---|---|---|
|  |  | automobile, motorcycle, scooter, all-terrain vehicle and power equipment dealerships through the distribution of printed and audio promotional materials and by] rendering sales promotion advice; developing campaigns for dealers; promoting the sale of automobiles,[ motorcycles, scooters, all-terrain vehicles and power equipment] by dealers through the administration of incentive award programs; [ business services provided to dealers, namely, Preparing business reports, ] service transaction analysis, namely, reports which analyze services rendered to automobiles [, motorcycles, scooters, all-terrain vehicles and power equipment, vehicle aging reports, reports to determine the wear and tear of automobiles, motorcycles, scooters, all-terrain vehicles and power equipment, cost and income analysis of automobile, motorcycle, scooter, all-terrain vehicles and power equipment, parts, accessories and servicing thereof ] |
| (Honda logo) | 2976445 | Class 011: flashlights [, headlights for vehicles ]; Class 012: [ internal combustion engines for land vehicles; engine parts namely, transmission shifters; land tractors; devices for proportioning stopping force between front and rear wheel brakes, namely, a secondary master cylinder; a proportional control valve and multi-piston calipers for proportioning stopping; motorcycle suspensions; frames for motorcycles; motorcycle parts, namely, a mechanically activated anti-drive system for use in braking comprised of brake calipers, valves and levers; structural parts and accessories for all terrain vehicles, namely, drive |

| | | | train mechanism; structural parts for land vehicles which combine an anti-lock braking system, traction control and side slip; land motor vehicle accessories, namely, license plate frames, anti-theft alarms for vehicles, bumpers, chassis, oil pans, seat cushions, sunroofs, windshield sunshades, exhaust pipe, axle bearing, axle boot kits for use with land vehicles, axles, bearings, belts, blades, brake blocks, brakes, brake cylinder repair kits, brake hardware, namely, air truck brake hoses, brake linings, brake pads, tire chains, clutches, connecting rods, torque converters for land vehicles, vehicle seat covers, brake cylinder repair kits, directional signals for vehicles, drive belts other than parts of motors and engines, drive gears, land vehicle engine rebuilt kits sold as a unit and aerodynamic fairings; horns for vehicles, ] hub caps, [ inner tubes for vehicle tires, license plate holders, luggage carriers for vehicles; vehicle parts, namely, rear view mirrors; mopeds and pick up trucks, caps and patches for tires; seat belts for use in vehicles, vehicle seats; snow mobiles; spoilers for vehicles, steering boot kits for use with land vehicles, steering wheel lock, ] steering wheels, [ automobile windshield sunshades, suspension systems for motorcycles and automobiles, thrusters for vehicles, tires valves, tires, tractors, land vehicle transmission, automobiles motorcycles, motorscooters, all-terrain vehicles and transmissions; tricycles, trucks, and, wagons; valves, ] vehicle windows [, wipers ] and windshields [ ; vehicle brakes ]; Class 016: writing material, namely, pens; [ printed matter and paper |

| | | |
|---|---|---|
| | | goods namely, books on the subject of automobiles, motorcycles, bicycles, all-terrain vehicles and power equipment, memorandum books, decals and stickers ]; Class 018: all purpose athletic bags, gym bags, duffel bags, luggage, shoulder bags, [ book bags, leather key fobs, key cases; ] umbrellas; Class 021:Mugs; beverage coolers; coffee cups, cups, insulated containers for food or beverage; Class 024: towels; Class 025: Headgear and clothing, namely, jackets, knit shirts, polo shirts, wind-resistant jackets, t-shirts, shirts, hats, [ neckties, ] sweatshirts; Class 028:replicas of land motor vehicles of all types, namely, automobiles, four-wheel land motor vehicles; Class 041: Automobile dealership incentive programs to demonstrate excellence in the automotive field; automobile dealerships; training programs in the area of sales, service and management; Class 042: Automobiles and for automobile division services, including the establishment of a dealer network and the procurement sale; providing an interactive computer database in the field of automotive sales, service and information; [ motorcycle and motorscooter dealership services ] |
| (H) HONDA | 2390539 | Class 016: [ Magazines on the subject of land vehicles; coupons, incentive coupons, voucher books, printed forms, memorandum books, posters, and printed matter about motorcycles, scooters and all-terrain vehicles, namely, newsletters, magazines, brochures and pamphlets; ] writing material, namely, pens [ ; printed material, namely, decals]; Class 025: |

| | | |
|---|---|---|
| | | Clothing, namely, [ jackets, jacket liners, ] shirts, T-shirts, knit shirts, [ polo shirts, pants, wind-resistant jackets, ] hats [, gloves, turtlenecks, sweaters, jerseys, riding suits, vests, sweat pants, sweat shirts, belts, bandannas, and knit hats, suspenders, and aprons; off-road vehicle riding gear, footwear ]; Class 035: Business management consulting services in the field of automobile [ motorcycle, motorscooter, all-terrain vehicle and power equipment ] dealerships; [conducting employee and dealership incentive award programs to promote-on-the job quality, service, productivity, performance, and sales in the field of automobile, motorcycle, motorscooter, all-terrain vehicle and power equipment dealerships;] automobile, [ motorcycle, motorscooter, all-terrain vehicle and power equipment ] dealership services; marketing services, namely, direct mailings, telemarketing campaigns, and periodic reports, designed to encourage customers to return to originating dealers to lease or purchase new vehicles; rendering technical assistance in connection with the operation of land vehicle dealerships; advertising agencies, namely, promoting the services of automobile, [ motorcycle, scooter, all-terrain vehicle, and power equipment ] dealerships through the distribution of printed and audio promotional materials and by rendering sales promotion advice; developing campaigns for dealers; promoting the sale of automobiles, [ motorcycles, scooters, all-terrain vehicles and power equipment ] by dealers through the administration of incentive award programs; business |

| | | |
|---|---|---|
| | | services provided to dealers, namely, preparing business reports, service transaction analysis, namely, reports which analyze services rendered to automobiles, [ motorcycles, scooters, all-terrain vehicles and power equipment, ] vehicle aging reports, reports to determine the wear and tear of automobiles, [ motorcycles, scooters, all-terrain vehicles and power equipment,] cost and income analysis of automobile,[ motorcycle, scooter, all-terrain vehicles and power equipment, ] parts, accessories and servicing thereof |
| ACURA | 2646476 | Class 025: Clothing, namely, t-shirts, shirts, hats, [ neckties,] caps [, and leather belts ] |
| ACURA | 2514550 | Class 035: business consultation provided to automobile dealers; providing consumer product information via the Internet; providing dealership support information to sales and management staff via the Internet, specifically, marketing bulletins and press releases; Class 037: Providing dealership support information to service and management staff via the Internet, specifically, service bulletins; Class 041: Computer-based training classes in the field of automobile sales, service, and management |
| ACURA | 2875172 | Class 009: [ Computer game cartridges, computer game cassettes, ] computer game discs, computer game programs, computer game software, [ computer game tapes ]; Class 026: Belt buckles not of precious metal; Class 028: toy replicas of vehicles |

| ACURA (Standard Character) | 1644580 | Class 035: business management consulting services in the field of automobile dealerships |
| ACURA (Standard Character) | 4414928 | Class 012: automotive structural parts |
| ACURA (Standard Character) | 6047363 | Class 025: Clothing, namely, jackets, shirts, pants, shorts, sweaters, sweatshirts; outerwear, namely, coats, jackets, rain jackets; gloves, socks; footwear; headwear; hats, beanies, and caps |
| ACURA (Standard Character) | 1407602 | Class 012: Automobiles |
| ACCORD (Standard Character) | 1053254 | Class 012: AUTOMOBILES AND STRUCTURAL AND MECHANICAL PARTS THEREOF |
| ODYSSEY (Standard Character) | 2039315 | Class 012: passenger land motor vehicles, namely, minivans, and structural parts thereof |
| CR-V (Standard Character) | 3097173 | Class 012: Automobiles and structural parts therefor |
| CIVIC (Standard Character) | 2573521 | Class 012: Automobiles and structural parts therefor |

| PILOT (Standard Character) | 2769867 | Class 012: MOTOR VEHICLES, NAMELY SUVS, AND STRUCTURAL PARTS THEREFOR |
|---|---|---|