UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

CASE NO.: 6:24-cv-568

AMERICAN HONDA MOTOR CO., INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

## DEFAULT SCHEDULE A

| Def No. | Def. Name |
|---|---|
| 1 | 21MXM |
| 2 | Alizooy US |
| 4 | AOTUOWEISI |
| 5 | AR STICKERS |
| 6 | AUTO_P |
| 7 | BaiMao2 |
| 8 | BBTS Accessories |
| 10 | CANLUNTE |
| 11 | Car license plates |
| 12 | CEBAT |
| 13 | COPAIBA |
| 15 | DEMILLO |
| 16 | Dmytro Krivonjuk |
| 17 | dsniwkol582 |
| 18 | dujingguidedianpu |
| 19 | FD3S |
| 20 | fengtaomaiwazi |
| 21 | Flyouth |
| 22 | foshanzhehaofudianzishangwuyouxiangongsi |
| 23 | GAPPORE |
| 24 | GERZEN-US Direct |
| 25 | God's Plan A |
| 26 | GodState |

| | |
|---|---|
| 27 | guangzhoufawumaoyi |
| 28 | guangzhousabing |
| 29 | GuiZhouChenYunYangDianZiShangWuYouXianGongSi |
| 30 | Horry |
| 31 | HUIANTS |
| 32 | HULUMEI |
| 34 | JEYODA |
| 35 | JIANLIN-US |
| 36 | Jingyemy001 |
| 37 | Kakash-US |
| 38 | kashaipu |
| 39 | KJUFG |
| 40 | kunmingguisanwangluokejiyouxiangongsihuangzhipeng |
| 41 | LANJAY |
| 42 | LANTUAMZ |
| 43 | Li Nanan |
| 44 | linlinyaoyao |
| 45 | LZJu Direct-US |
| 47 | mashalikegb |
| 48 | Naisec Store |
| 49 | OLIKEAUTOPARTS |
| 50 | Richyoneerator |
| 51 | saving-depot |
| 52 | Senyuer |
| 53 | ShanXiQingJiLanShangMaoYouXianGongSi |
| 54 | ShuaiGuangShangMao |
| 56 | Tengare |
| 57 | the Yangtze River |
| 58 | tongshanxianhuizhangdianzishangwuyouxiangongsi |
| 59 | TopDall |
| 60 | UrongS |
| 61 | VSSS |
| 62 | WANRELE FOR YOU |
| 63 | WEIGUIYAODEDIANPUYRTQ |
| 64 | West Bond |
| 65 | WFMJ Auto |
| 66 | yingshaishangmao |
| 67 | YQ Auto Supplies Store |
| 68 | YZDDL |
| 69 | ZHOUDD |
| 70 | zhoukouchaoruanshangmaoyouxiangongsi |
| 71 | ZYAKO |
| 72 | 陈晓 (aka "Chen Xiao") |